ABRAHAM S. EFFRON, M.D. v. ROBERT B. FEUCHTBAUM.

July 10, 1985.

Petition for certification denied.

EDWARD SAUNDERLIN v. E.I. DUPONT COMPANY.

July 10, 1985.

Petition for certification granted.   (See 199 *N.J.Super.* 145)

GREEN BROOK, INC. v. TOWNSHIP OF GREEN BROOK.

July 10, 1985.

Petition for certification denied.

GREEN BROOK, INC. v. ZONING BOARD OF ADJUSTMENT
OF THE TOWNSHIP OF GREEN BROOK.

July 10, 1985.

Petition for certification denied.